# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANNA CHRISTINE CHILDERS                                                         PETITIONER
ADC #712009

V.                              NO. 5:15CV00217-JTR

WENDY KELLEY, Director                                                           RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 13th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE